**No. 46371.**—Protests 980062–G/11688, etc., of Standard Oil Co. of Louisiana (New Orleans).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise is similar to that the subject of *Standard Oil Co. of Louisiana* v. *United States* (6 Cust. Ct. 237, C. D. 471) it was held that certain of the merchandise in question is dutiable at 10 percent under paragraph 1555 as claimed.

**No. 46372.**—Protest 59521–K of Somerset Importers, Ltd. (New York).

Opinion by KEEFE, J. At the trial the collector's report, together with the oath of the importer on short shipment, was admitted in evidence. It appeared from the record that the collector failed to send the importer the notice of shortage as required by article 812, Customs Regulations of 1937. Consequently no affidavit of short shipment was filed and no allowance was made in liquidation for the missing packages. The collector reports that the timely affidavit has now been filed. In view of the record presented the protest was sustained and the collector directed to reliquidate the entry making allowance for the two packages.

**No. 46373.**—Protest 52370–K of Amos J. Peaslee (Ogdensburg).

Opinion by KEEFE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.

SEPTEMBER 29, 1941

**No. 46374.**—————————————Petition 6105–R of Freedman & Slater, Inc. C. D. 494. Petitioner's application for rehearing denied.